IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,          :

       Plaintiff,               :

       v.                       :   Civil No. S-00-1749

Gary P. Sells,                     :

       Defendant,               :

Johns Hopkins University,          :

       Garnishee.               :

. . . .ooOoo. . . . .

Clerk:

    Plaintiff, United States of America, hereby withdraws its request for a Writ of Continuing Garnishment of Wages to Johns Hopkins University, and for cause states:

    The defendant is no longer employed by Johns Hopkins University.

Respectfully submitted,

Stephen M. Schenning
United States Attorney

/s/ Tamera L. Fine
Tamera L. Fine
Assistant U.S. Attorney
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 024751

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of April, 2001, a copy of the foregoing was sent, first class mail, postage prepaid, to: Estelle A. Fishbein, Esquire, 113 Garland Hall, Charles and 34th Streets, Baltimore, Maryland 21218, garnishee and Gary F. Sells, 2331 Guilford Avenue, Baltimore, Maryland 21218, defendant.

Tamera L. Fine
Assistant United States Attorney