UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

SEP 25 2007

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

UNITED STATES OF AMERICA, *
　　　　*
　　Plaintiff and *
　　Judgment Creditor, *
　　　　*
　　　　*
　　　　*
v. * Court No. S-00-1749
　　　　*
GARY P. SELLS, *
　　　　*
　　Defendant and *
　　Judgment Debtor, *
　　　　*
and *
　　　　*
Comcast Cablevision Corporation *
253 Najoles Road *
Millersville, MD 21108 *
　　　　*
　　Garnishee. *

## ANSWER OF THE GARNISHEE

__D. Dawkins__ BEING DULY SWORN DEPOSES AND SAYS:
　(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the __Garnishm__ of Garnishee, __Comcast Cable__ a corporation, organized under the laws of the State of __PA__.

On __9/19__, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes  No

1. Judgment Debtor was in my/our employ.

2. Pay period is _____ weekly, _X_ bi-weekly _____ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                    $ 1,889.15
   (b) Federal income tax           $ 248.65
   (c) F.I.C.A. income tax          $ 141.91
   (d) State income tax             $ 133.85
   Total of tax withholdings        $ 524.41
   Net Wages                        $ 1,365.44  Estimated
   (a less total of b,c,d)

4. Have there been previous garnishments in effect. If the answer is yes, describe below.
   yes - Maryland Baltimore City OCSE case number 27 0023770

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $1,889.85 | 9/28/07 |
| 2. | $1,889.85 | 10/12/07 |
| 3. | $1,889.85 | 10/20/07 |
| 4. | $1,889.85 | 11/9/07 |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Gary P. Sells at 2331 Guilford Avenue, Baltimore, MD 21218-5207, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____ 9/19/07
Garnishee

Subscribed and sworn to before me this _13th_ day of _September_ 2007.

_Paula B. Holland_
Notary Public

My Commission expires: _January 19, 2009_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAULA B. HOLLAND, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 19, 2009