UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * Civil WDQ-00-1749 |
| GARY P. SELLS | * |
| Defendant and Judgment Debtor, | * |
| and | * |
| COMCAST CABLEVISION CORPORATION 253 NAJOLES ROAD MILLERSVILLE, MD 21108 | * |
| Garnishee. | * |

## CONSENT GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $10,207.41 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on September 24, 2007, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Gary P. Sells maintains an interest.

On or about August 7, 2007, the Defendant and Judgement Debtor was notified of his right to a hearing. A hearing was not requested. Subsequent to filing Garnishee Order Defendant contacted Judgment Creditor on September 28, 2007 to arrange a payment plan.

Defendant and Judgment Creditor have agreed to a Consent Garnishment Order of $100.00 bi-weekly to be paid to Judgment Creditor.

IT IS ORDERED that Garnishee pay the sum of $100.00 Bi-Weekly, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

10-13-07
Date

GARY P. SELLS

10/22/07
Date

THOMAS F. CORCORAN AUSA

10/24/7
Date

HONORABLE WILLIAM D. QUARLES
U. S. DISTRICT JUDGE

2